44 So.2d 35

**Austin JORDAN (Jordon Truck Line) v. Willie STINSON.**

3 Div. 911.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Montgomery County; Eugene Carter, Judge.

Jack Crenshaw and Walter J. Knabe, of Montgomery, for appellant.

R. Luther Ingalls, of Montgomery, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, by agreement.

51 So.2d 914

**Austin Burton KELSOE v. STATE.**

8 Div. 954.

Court of Appeals of Alabama.
Jan. 13, 1951.

Appeal from Circuit Court, Lawrence County; Newton B. Powell, Judge.

PER CURIAM.
Appeal dismissed.

.47 So.2d 924

**John W. KUYKENDALL v. STATE.**

6 Div. 936.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to kidnap.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

45 So.2d 870

**Jake KYSER v. STATE.**

4 Div. 135.

Court of Appeals of Alabama.
March 21, 1950.

Appeal from Circuit Court, Coffee County; Chas. C. Brannen, Judge.

Violating prohibition law.

Harry Adams, of Enterprise, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 36

**Lucille LATHAM v. STATE.**

6 Div. 876.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

46 So.2d 863

**Conley LAWRENCE v. STATE.**

6 Div. 933.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.